FILED
2016 APR -8 PM 1:49
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

January 2016 Grand Jury

| UNITED STATES OF AMERICA, | CR No. 16- **CR16-0226** |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [21 U.S.C. § 846: Conspiracy to Possess with Intent to Distribute Marijuana; 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(vii): Possession with Intent to Distribute Marijuana; 18 U.S.C. § 2(a): Aiding and Abetting] |
| MIGUEL RODRIGUEZ-DORANME and JOSE GUADALUPE ZEPEDA-RAMIREZ, | |
| Defendants. | |

The Grand Jury charges:

COUNT ONE

[21 U.S.C. § 846]

A. OBJECT OF THE CONSPIRACY

Beginning on a date unknown to the Grand Jury, and continuing until on or about March 27, 2016, in Santa Barbara County, within the Central District of California, and elsewhere, defendants MIGUEL RODRIGUEZ-DORANME ("RODRIGUEZ-DORANME") and JOSE GUADALUPE ZEPEDA-RAMIREZ ("ZEPEDA-RAMIREZ"), and others known and unknown to the Grand Jury, conspired and agreed with each other to knowingly and intentionally possess with intent to distribute at least 1,000

kilograms of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(vii).

B. **MEANS BY WHICH THE OBJECT OF THE CONSPIRACY WAS TO BE ACCOMPLISHED**

The object of the conspiracy was to be accomplished, in substance, as follows:

1. Unindicted co-conspirators would arrange for the transportation of marijuana by unregistered "panga" boats from one point of departure in Mexico to a destination in the United States.

2. Unindicted co-conspirators would recruit people in Mexico, including defendants RODRIGUEZ-DORANME and ZEPEDA-RAMIREZ, to help transport the marijuana to its destination in the United States.

3. Defendants RODRIGUEZ-DORANME and ZEPEDA-RAMIREZ would transport the marijuana in a "panga" boat to a particular location subject to the jurisdiction of the United States.

4. When they reached their destination in the United States, defendants RODRIGUEZ-DORANME and ZEPEDA-RAMIREZ would distribute the marijuana to its intended recipients for further redistribution.

C. OVERT ACTS

In furtherance of the conspiracy and to accomplish the object of the conspiracy, on or about the following dates, defendants RODRIGUEZ-DORANME and ZEPEDA-RAMIREZ, and others known and unknown to the Grand Jury, committed various overt acts in Santa Barbara County, within the Central District of California, and elsewhere:

1. On or before March 27, 2016, unknown co-conspirators arranged to transport to the United States at least 1,000 kilograms of marijuana by a "panga" boat.

2. On or before March 27, 2016, defendants RODRIGUEZ-DORANME and ZEPEDA-RAMIREZ agreed with unknown co-conspirators to transport at least 1,000 kilograms of marijuana in a "panga" boat from Baja California, Mexico, to the United States.

3. On or about March 27, 2016, defendants RODRIGUEZ-DORANME and ZEPEDA-RAMIREZ possessed with intent to distribute approximately 1,656 kilograms of marijuana in in Santa Barbara County.

COUNT TWO

[21 U.S.C. §§ 841(a)(1), (b)(1)(A); 18 U.S.C. § 2(a)]

On or about March 27, 2016, in Santa Barbara County, within the Central District of California, defendants MIGUEL RODRIGUEZ-DORANME and JOSE GUADALUPE ZEPEDA-RAMIREZ, each aiding and abetting the other, knowingly and intentionally possessed with intent to distribute at least 1,000 kilograms, that is, approximately 1,656 kilograms, of a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance.

A TRUE BILL

/S/
_____
Foreperson

EILEEN M. DECKER
United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

*[signature]*
LIZABETH A. RHODES
Assistant United States Attorney
Chief, General Crimes Section

WILLIAM A. CROWFOOT
Assistant United States Attorney
Acting Deputy Chief,
General Crimes Section

REBECCA B. SHULTS
Special Assistant United States
Attorney
General Crimes Section