```
                                    FILED
                            CLERK, U.S. DISTRICT COURT

                                  JUN - 2 2016

                            CENTRAL DISTRICT OF CALIFORNIA
                            BY                      DEPUTY
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

January 2016 Grand Jury

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MIGUEL RODRIGUEZ-DORANME and<br>JOSE GUADALUPE ZEPEDA-RAMIREZ,<br><br>Defendants. | CR No. 16-**226-R-2**<br>**TRIAL**<br>I N D I C T M E N T<br><br>[21 U.S.C. § 846: Conspiracy to Possess with Intent to Distribute Marijuana; 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(vii): Possession with Intent to Distribute Marijuana; 18 U.S.C. § 2(a): Aiding and Abetting] |
|---|---|

The Grand Jury charges:

COUNT ONE

[21 U.S.C. § 846]

A.  OBJECT OF THE CONSPIRACY

Beginning on a date unknown to the Grand Jury, and continuing until on or about March 27, 2016, in Santa Barbara County, within the Central District of California, and elsewhere, defendants MIGUEL RODRIGUEZ-DORANME ("RODRIGUEZ-DORANME") and JOSE GUADALUPE ZEPEDA-RAMIREZ ("ZEPEDA-RAMIREZ"), and others known and unknown to the Grand Jury, conspired and agreed with each other to knowingly and intentionally possess with intent to distribute at least 1,000

kilograms of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(vii).

B. <u>MEANS BY WHICH THE OBJECT OF THE CONSPIRACY WAS TO BE ACCOMPLISHED</u>

The object of the conspiracy was to be accomplished, in substance, as follows:

1. Unindicted co-conspirators would arrange for the transportation of marijuana by unregistered "panga" boats from one point of departure in Mexico to a destination in the United States.

2. Unindicted co-conspirators would recruit people in Mexico, including defendants RODRIGUEZ-DORANME and ZEPEDA-RAMIREZ, to help transport the marijuana to its destination in the United States.

3. Defendants RODRIGUEZ-DORANME and ZEPEDA-RAMIREZ would transport the marijuana in a "panga" boat to a particular location subject to the jurisdiction of the United States.

4. When they reached their destination in the United States, defendants RODRIGUEZ-DORANME and ZEPEDA-RAMIREZ would distribute the marijuana to its intended recipients for further redistribution.

C. OVERT ACTS

In furtherance of the conspiracy and to accomplish the object of the conspiracy, on or about the following dates, defendants RODRIGUEZ-DORANME and ZEPEDA-RAMIREZ, and others known and unknown to the Grand Jury, committed various overt acts in Santa Barbara County, within the Central District of California, and elsewhere:

1. On or before March 27, 2016, unknown co-conspirators arranged to transport to the United States at least 1,000 kilograms of marijuana by a "panga" boat.

2. On or before March 27, 2016, defendants RODRIGUEZ-DORANME and ZEPEDA-RAMIREZ agreed with unknown co-conspirators to transport at least 1,000 kilograms of marijuana in a "panga" boat from Baja California, Mexico, to the United States.

3. On or about March 27, 2016, defendants RODRIGUEZ-DORANME and ZEPEDA-RAMIREZ possessed with intent to distribute approximately 1,656 kilograms of marijuana in in Santa Barbara County.

```
 1                          COUNT TWO
 2         [21 U.S.C. §§ 841(a)(1), (b)(1)(A); 18 U.S.C. § 2(a)]
 3       On or about March 27, 2016, in Santa Barbara County, within the
 4  Central District of California, defendants MIGUEL RODRIGUEZ-DORANME
 5  and JOSE GUADALUPE ZEPEDA-RAMIREZ, each aiding and abetting the
 6  other, knowingly and intentionally possessed with intent to
 7  distribute at least 1,000 kilograms, that is, approximately 1,656
 8  kilograms, of a mixture and substance containing a detectable amount
 9  of marijuana, a Schedule I controlled substance.
10
11                                       A TRUE BILL
12
13                                       _____
14                                       Foreperson
15  EILEEN M. DECKER
    United States Attorney
16
    LAWRENCE S. MIDDLETON
17  Assistant United States Attorney
    Chief, Criminal Division
18
19
    LIZABETH A. RHODES
20  Assistant United States Attorney
    Chief, General Crimes Section
21
    WILLIAM A. CROWFOOT
22  Assistant United States Attorney
    Acting Deputy Chief,
23  General Crimes Section
24  REBECCA B. SHULTS
    Special Assistant United States
25  Attorney
    General Crimes Section
26
27
28
                                    4
```